IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-326 |
| | : | |
| THOMAS CLARK | : | |

## ORDER

AND NOW, this 7th day of March, 2025, upon consideration of Defendant Thomas Clark's Motion to Suppress Physical Evidence and Request for a *Franks* Hearing (ECF No. 54), the Government's response thereto, the arguments made before the Court during a hearing on November 14, 2024, and Clark's supplemental letter brief—and for the reasons provided in the accompanying Memorandum—it is hereby ORDERED the motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.