IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-326-1 |
| | : | |
| THOMAS CLARK | : | |

## ORDER

AND NOW, this 18th day of June 2016, upon consideration of the Defendant's Motion to Dismiss or Transfer Counts I and II (Dkt. No. 96), the arguments made at the June 17, 2026 hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED, ADJUDGED, and DECREED the Motion is GRANTED IN PART AND DENIED IN PART as follows:

1. WHEREAS on August 18, 2021, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging the Defendant Thomas Clark with distribution of 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) (**Count One**); distribution of 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) (**Count Two**); possession with the intent to distribute 50 grams or more of methamphetamine, 1 kilogram or more of PCP, 500 grams or more of cocaine, fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C) (**Count Three**); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A) (**Count Four**); and possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) (**Count Five**);

1

2.  WHEREAS on June 10, 2026, the government filed a new indictment, charging Mr. Clark in the United States District Court for the District of New Jersey with the conduct previously charged in the instant case as Count Three, Count Four, and Count Five;

3.  WHEREAS the parties agree that venue over those counts properly lies in the District of New Jersey;

4.  WHEREAS on June 16, 2026, the defendant moved to dismiss Counts Three, Four, and Five for improper venue under Fed. R. Crim. P. 12(b)(3)(A)(i) and subsequent transfer of Counts One and Two to the District of New Jersey pursuant to Fed. R. Crim. P. 21(b) (the "Motion");

5.  WHEREAS on June 17, 2026, this Court held a hearing, with the defendant Thomas Clark present, to hear argument from the government and defense counsel regarding the Motion;

6.  WHEREAS this Court is disinclined to transfer only a subset of the charges, Mr. Clark was presented with the choice of transferring the entire case to the District of New Jersey or proceeding to trial on Count One and Count Two next week while the New Jersey indictment proceeded separately;

7.  WHEREAS this Court finds that, at the June 17, 2026 hearing, the defendant, on the record and following a colloquy, consented to transfer of Counts One through Five of the indictment pending in the Eastern District of Pennsylvania to the District of New Jersey for further proceedings, pursuant to Federal Rule of Criminal Procedure 21(b);

8.  WHEREAS this Court finds, upon the defendant's consent to transfer Counts One through Five, that transfer of Counts One through Five of the indictment pending in the Eastern District of Pennsylvania to the District of New Jersey for further proceedings is in the interest of justice under Federal Rule of Criminal Procedure 21(b);

9. THEREFORE, it is hereby ORDERED that the Motion is GRANTED to the extent Counts One through Five of the indictment pending in the Eastern District of Pennsylvania are TRANSFERRED to the District of New Jersey for further proceedings pursuant to Federal Rule of Criminal Procedure 21(c);

10. IT IS FURTHER ORDERED that all other relief requested in the Motion that is inconsistent with this Order is hereby DENIED as moot;

11. The Clerk of Court is DIRECTED to close this case.


BY THE COURT:


/s/ Juan R. Sánchez
HONORABLE JUAN R. SÁNCHEZ
*Judge, United States District Court*